UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 1957 |
| | ) Money Laundering Involving |
| PAUL WELLINGTON BRAGG II | ) Transactions Greater Than $10,000 |

**CR423-068**

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
*Money Laundering Involving Transactions Greater Than $10,000*
18 U.S.C. § 1957(a)

On or about January 26, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

**PAUL WELLINGTON BRAGG II,**

did knowingly engage in a monetary transaction by, through, or to a financial institution, in and affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is the defendant made payments on a loan associated with the fictitious entity East Georgia Mechanical and Metalworks in the amount of $12,250 using the proceeds of fraud, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, knowing that the property was criminally derived.

All in violation of Title 18, United States Code, Section 1957(a).

_____
E. Gregory Gilluly, Jr
Assistant United States Attorney
Deputy Chief, Criminal Division

_____
Matthew A. Josephson
Assistant United States Attorney
*Lead Counsel